# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2015

## NO. 03-12-00558-CV

**Happy Jack Ranch, Inc. and Frederick J. Behrend, Appellants**

**v.**

**HH&L Development, Inc.; Matthew Stolhandske, Trustee; Michael Strnad, Appellees**

## APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICE PURYEAR AND GOODWIN
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART ON REHEARING -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on May 22, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. We therefore order that the motion for rehearing filed by appellee, Michael Strnad is denied; that the opinion and judgment dated March 27, 2015, are withdrawn; and that the Court reverses the district court's award of attorney fees and renders judgment that Michael Strnad take nothing on his claim for attorney fees. We affirm the remainder of the judgment. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.